IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEVAR LEE ANTHONY SPENCE, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | No. 16-5710 |
| THOMAS L. MCGINLEY, et al., | : | |
| Respondents. | : | |

ORDER

MITCHELL S. GOLDBERG, J.

AND NOW, this 6th day of March, 2017 upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus shall be TRANSFERRED to the United States District Court for the Middle District of Pennsylvania in accordance with 28 U.S.C. § 2241(d);

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

MITCHELL S. GOLDBERG
U.S. DISTRICT COURT JUDGE